UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| BORNEO ESTRADA, | ) | CASE NO. 20 B 21768 |
| | ) | |
| DEBTOR. | ) | HON. A. BENJAMIN GOLDGAR |
| | ) | (LAKE) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **April 2, 2021, at 11:00 a.m.**, I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, and present the **Motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 817 7512 and the password is 623389. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

*/s/ David Paul Holtkamp*
David Paul Holtkamp, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 353-5014

## **CERTIFICATE OF SERVICE**

I, David Paul Holtkamp, an attorney, certify that I served a copy of this notice, the attached motion, and proposed order on each entity shown on the below service list at the address shown and by the method indicated on March 15, 2021, before 5:00 p.m.

*/s/ David Paul Holtkamp*

**SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Ilene F. Goldstein:      ifgcourt@aol.com, IL35@ecfcbis.com
Patrick S. Layng:       USTPRegion11.ES.ECF@usdoj.gov
David M. Siegel:       davidsiegelbk@gmail.com, R41057@notify.bestcase.com; johnellmannlaw@gmail.com

**Parties Served via First Class Mail:**

Borneo Estrada
1310 Almaden Lane
Gurnee, IL 60031

Harley-Davidson Credit Corp.
14841 Dallas Parkway, Suite 425
Dallas, TX 75254

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| BORNEO ESTRADA, | ) | CASE NO. 20 B 21768 |
| | ) | |
| DEBTOR. | ) | HON. A. BENJAMIN GOLDGAR |
| | ) | (LAKE) |

**MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois, by his attorney, David Paul Holtkamp, and pursuant to 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004(b), hereby requests this Court to grant an extension of time to object to the discharge of Borneo Estrada (the "Debtor"), and to file a motion dismiss the Debtor's case for abuse pursuant to 11 U.S.C. § 707(b) and Fed. R. Bankr. P. 1017(e)(1). In support of this request, the U.S. Trustee states as follows:

1. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. On December 19, 2020, the Debtor filed his voluntary petition for relief Chapter 7 of the Bankruptcy Code. On or about that same time, Ilene Goldstein was appointed Chapter 7 Trustee in the Debtor's case. The last date for parties to object to the Debtor's discharge or to file a motion to dismiss his case under § 707 is currently set for March 16, 2021.

3. Schedule I reflects the Debtor is employed and earns $4,194 gross per month. The Debtor's Statement of Financial Affairs, question four, shows the Debtor earned $31,000 in 2018, $32,000 in 2019 and reflects year to date income of $33,000. The Debtor's Official Form 122A-

1 (Chapter 7 Statement of Your Current Monthly Income) reflects that the Debtor's income for the six-month income period was $4,194 (or $50,328 per year).

4. According to pay advices received from the Debtor, the Debtor had year to date income as of the pay period September 13, 2019 in the amount of $44,556.51.

5. On January 22, 2021, the Debtor filed a reaffirmation agreement on a 2015 Harley-Davidson agreeing to pay $317.43 per month for 23 months.

6. Based on the above, the U.S. Trustee requests additional time to investigate the veracity and completeness of the Debtor's petition, schedules, statement of financial affairs and testimony given at the meeting of creditors in order to determine whether cause exists to file an objection to his discharge pursuant to 11 U.S.C. § 727(a) or a motion to dismiss the Debtor's case pursuant to 11 U.S.C. § 707.

WHEREFORE, the U.S. Trustee requests this Court extend the date to object to the Debtor's discharge pursuant to 11 U.S.C. § 727(a) and for filing a motion to dismiss the Debtor's case under § 707(b) through and including May 17, 2021, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

Dated: March 15, 2021    By: */s/ David Paul Holtkamp*
David Paul Holtkamp, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 353-5014