# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**Honorable:** A. Benjamin Goldgar  
**Hearing Date:** July 27, 2021  
**Bankruptcy Case:** No. 20 B 21768  
**Adversary:**

**Brief Statement of Motion:** Borneo Estrada

Order resetting ruling date

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

On the court's own motion, the ruling date of August 6, 2021, on the U.S. Trustee's motion to dismiss is stricken. Ruling is reset to September 17, 2021, at 11:15 a.m.

*/s/ A. Benjamin Goldgar*