# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**Honorable** A. Benjamin Goldgar  **Hearing Date** August 11, 2021

**Bankruptcy Case** No. 20 B 21768  **Adversary**

**Brief Statement of Motion**

Borneo Estrada

Order striking ruling date and setting status hearing

**Names and Addresses of moving counsel**

**Representing**

## ORDER

On the court's own motion, the ruling date of September 17, 2021, on the U.S. Trustee's motion to dismiss is stricken. This matter is set for a status hearing on August 27, 2021, at 11:15 a.m. Counsel must appear.

*/s/ A. Benjamin Goldgar*