# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | August 27, 2021 |
| **Bankruptcy Case** | 20 B 21768 | **Adversary No.** | |

**Title of Case** Borneo Estrada

**Brief Statement of Motion** U.S. Trustee's Motion to Dismiss Case for Abuse under 707(b)

(Re: docket entry no. 29)

**Names and Addresses of moving counsel**
David Paul Holtkamp
Office of the U.S. Trustee
219 S. Dearborn St., Room 873
Chicago, Illinois 60604

**Representing** U.S. Trustee

# ORDER

**Discovery cutoff is October 29, 2021.**

**Status hearing is set for October 29, 2021, at 11:15 a.m.**

/s/ A. Benjamin Goldgar